IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PAMELA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:16-CV-416-WKW |
| | ) |
| CREDIT CONTROL, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On December 28, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 20.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 20) is ADOPTED.

2. Defendant Credit Control, LLC's motion to dismiss (Doc. # 16) is GRANTED.

3. Plaintiff Pamela Smith's action against Defendant Credit Control, LLC, is DISMISSED without prejudice. "[E]ven a non-lawyer should realize the peril to her case, when she . . . ignores numerous notices . . . . Even a non-lawyer should realize the need to communicate either with the court or with opposing counsel."

*Anthony v. Marion Cty. Gen. Hosp.*, 617 F.2d 1164, 1167-69 (5th Cir. 1980).[1]

A separate final judgment will be entered.

DONE this 30th day of March, 2017.

                                             /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *See Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).