IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PAMELA SMITH,                )    | |
|                )| |
| Plaintiff,        ) | |
|                )| |
| v.                ) | CASE NO. 3:16-CV-416-WKW |
|                )| |
| CREDIT CONTROL, LLC,    ) | |
|                )| |
| Defendant.        ) | |

## **FINAL JUDGMENT**

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that Plaintiff Pamela Smith's action against Defendant Credit Control, LLC, are DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 30th day of March, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE